IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOAN G. OVER** | * | Case No. 93176512 (MD) (1) |
| | * | Case No. 93-3525 |
| **Plaintiff** | * | |
| | * | |
| v. | * | |
| | * | |
| **AC&S, INC., et al.** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO AMEND AND FOR SUBSTITUTION OF PARTIES

1.      Richard Ferracci moves this Court for an Order substituting him, in his capacity as Personal Representative of the Estate of Joan G. Over, Plaintiff herein deceased, as Plaintiff in this action, without prejudice to the proceedings already had in this action and, as grounds therefore, show to the Court that Joan G. Over, Plaintiff herein, died June 24, 1999, that the said Richard Ferracci was appointed Personal Representative of the Estate of Joan G. Over May 17, 2001 by the Register of Wills for Baltimore City, and that he was duly qualified and is now acting as such Personal Representative; and that this is an action at law for personal injuries and therefore the claim has not been extinguished by the death of the Plaintiff.

**WHEREFORE,** Richard Ferracci, Personal Representative of the Estate of Joan G. Over, requests this Court to substitute him as Plaintiff herein in place of Joan G. Over, deceased.

       /s/
_____
**EVE E. PRIETZ**
**Bar No. 06071**
**Law Offices of Peter G. Angelos**
**A Professional Corporation**
**5905 Harford Road**
**Baltimore, Maryland 21214**
**(410) 426-3200**

**ATTORNEY FOR PLAINTIFFS**

## STATEMENT OF AUTHORITIES

1.  United States District Court for the District of Maryland Local Rule 103 (b) and (c).

                                                                             /s/

                                         **EVE E. PRIETZ**
                                         **Bar No. 06071**
                                         **Law Offices of Peter G. Angelos**
                                         **A Professional Corporation**
                                         **5905 Harford Road**
                                         **Baltimore, Maryland 21214**
                                         **(410) 426-3200**

                                         **ATTORNEY FOR PLAINTIFF**