IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JOAN G. OVER** | * | Case No. 93176512 (MD) (1) |
| | * | Case No. 93-3525 |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| AC&S, INC., et al. | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

1.  On Motion of Richard Ferracci for substitution in place of Joan G. Over, deceased, it appearing to the Court that the said Joan G. Over died testate on June 24, 1999; that the claim asserted by her in this action was not thereby extinguished; and that Richard Ferracci has been duly appointed Personal Representative of the Estate of Joan G. Over, and is qualified and is acting as such.

**IT IS ORDERED,** that Richard Ferracci, Personal Representative of the Estate of Joan G. Over, be substituted as Plaintiff herein in the place of Joan G. Over, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

DATE: 9/20/2006

JUDGE
James T. Giles